**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

LaTOYIN DAVIS                                                                                                  PLAINTIFF
ADC #138224

V.                                          NO: 2:08CV00171 WRW/HDY

G. HARMON *et al.*                                                                                        DEFENDANTS

**ORDER**

Plaintiff filed this complaint on September 17, 2008, and service was ordered. On January 14, 2009, the summons was returned unexecuted as to Defendant Richard Clark, with a note on the return indicating that he was no longer employed (docket entry #25). The service agent for Correctional Medical Services, Inc., the Arkansas Department of Correction's medical provider, has provided Richard Clark's full name and last known address to the Court. Thus, service will be again be attempted.

IT IS THEREFORE ORDERED THAT:

1.    The Clerk is directed to change the style of the case to reflect the correct name of Defendant Richard Clark.

2.    Richard Clark's last known addresses shall not be made part of any public record.

3.    The Clerk of the Court shall prepare a summons for Richard Clark, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), and this order, on Richard Clark, at the addresses provided, without prepayment of fees and costs or security therefor.

4.    Upon re-issuance of the summons and complaint, the United States Marshal is hereby

directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the address prior to forwarding a copy to Plaintiff.

    IT IS SO ORDERED this  16   day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE