**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

| | |
|---|---|
| LATOYIN DAVIS<br>ADC #138224 | PLAINTIFF |
| V.           NO: 2:08CV00171 WRW/HDY | |
| G. HARMON *et al.* | DEFENDANTS |

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Defendant Greg Harmon's motion for summary judgment (docket entry #16), is GRANTED, Plaintiff's claims against Harmon are DISMISSED WITHOUT PREJUDICE, and Harmon's name is removed as a party Defendant.

DATED this 10th day of February, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE