# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**LATOYIN DAVIS**                                                                          **PLAINTIFF**
**ADC # 138224**

v.                                          2:08-CV-00171-WRW

**GREG HARMON, et al.**                                                                **DEFENDANTS**

## ORDER

Plaintiff's pro se Motion for Extension of Time (Doc. No. 65) in which Plaintiff asks for 30 days to respond to Proposed Partial Findings and Recommendations (Doc. Nos. 55, 61) is GRANTED.  Accordingly, Plaintiff must file any objections to the pending Proposed Findings by 5:00 p.m., Wednesday, April 29, 2009.

IT IS SO ORDERED this 8th day of April, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE