# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

LATOYIN DAVIS                                                                                              PLAINTIFF
ADC #138224

V.                                              2:08CV00171-WRW/HDY

GREG HARMON *et al.*                                                                             DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. Objections to the PRD were originally due by April 7, 2009. Plaintiff was granted two extensions of time in which to file objections -- after the extensions, objections were due on May 12, 2009.[1] No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motions for injunctive relief (docket entries #43 & #49) are DENIED.

DATED this 14th day of May, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 66, 77. An April 8, 2009, Order extended the deadline to April 29, 2009. Doc. No. 66. An April 20, 2009, Order extended the deadline to May 12, 2009. Doc. No. 77.