IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

LATOYIN DAVIS                                                                                    PLAINTIFF
ADC #138224

V.                                         NO: 2:08CV00171 WRW

GREG HARMON *et al.*                                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. Plaintiff was given an extension of time until February 10, 2010, to file objections. As of the date of this Order, no objections have been filed.

After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The motion for summary judgment filed by Defendants Richard Clark and Correctional Medical Services, Inc. (docket entry #134) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE. All other pending motions are DENIED as MOOT.

2. Plaintiff's motion for summary judgment (docket entry #140) is DENIED.

3. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 22nd day of February, 2010.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE