# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

LATOYIN DAVIS                                                                                    PLAINTIFF
ADC #138224

V.                                           NO: 2:08CV00171 WRW

GREG HARMON *et al.*                                                                          DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 22nd day of February, 2010.

                                                  /s/ Wm. R. Wilson, Jr.
                                                  UNITED STATES DISTRICT JUDGE